ASSET ACCEPTANCE, LLC, a
Limited Liability Company,
Respondent,

v.

Rakeyia M. YOUNG, Appellant.

WD 77122

Missouri Court of Appeals,
Western District.

February 24, 2015

Donald A. Horowitz, Crestwood, MO,
Attorney for Respondent.

Rakeyia Young, Kansas City, MO, Appellant, pro se.

Before Division Two: Anthony Rex
Gabbert, Presiding Judge, and Joseph M.
Ellis and Karen King Mitchell, Judges

### Order

Per Curiam:

Rakeyia M. Young appeals the circuit
court's grant of summary judgment in favor of Respondent, Asset Acceptance,
LLC, on its claims for Suit on Contract,
Money Had and Received, and Account
Stated. Though less than clear, it appears
that Young is arguing that Asset Acceptance was not entitled to summary judgment insofar as Asset Acceptance failed to
demonstrate that there were no genuine
issues of material fact. Affirmed. Rule
84.16(b).

Lakeir BROWN, Appellant,

v.

STATE of Missouri, Respondent.

WD 76950

Missouri Court of Appeals,
Western District.

ORDER FILED: February 24, 2015

Laura Martin, Kansas City, MO, Counsel for Appellant

Karen Kramer, Jefferson City, MO,
Counsel for Respondent

Before Division One: Cynthia L. Martin,
P.J., Thomas H. Newton, and Mark D.
Pfeiffer, JJ.

### ORDER

Per Curiam:

Mr. Lakeir Brown appeals the judgment
denying a Rule 29.15 post-conviction motion. He alleges ineffective assistance of
trial counsel.

For reasons stated in the memorandum
provided to the parties, we affirm. Rule
84.16(b).